UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| ROBERT STARBUCK NEWSOM | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) NO. 3:22-cv-00318 |
| SCOTT GOLDEN, et al. | ) |
| Defendants. | ) |

**ORDER**

In accordance with the discussion at the telephonic status conference on May 4, 2022, the Court confirms the following:

1. A hearing on Plaintiff's Motion for Temporary Restraining Order/Preliminary Injunction (Doc. No. 7) will be held at 9:00 a.m. on **May 10, 2022**.

2. By 4:00 p.m. on Friday, **May 6, 2022**, the Parties shall file any additional declarations or other evidence, and shall also identify any witnesses they intend to call at the hearing. For any such witnesses the parties shall provide the anticipated length of their testimony and a short summary one to two sentences of the anticipated testimony. Also, by 4:00 p.m., Defendant shall notify the Court as to the printing deadline for the August 2022 ballots.

3. By 9:00 a.m. on Monday, **May 9, 2022**, Plaintiff shall file a reply to Defendants' filings, limited to 10 pages. Plaintiff's filings shall specifically address the question of state action, as well as whether he has a property interest in being placed on the ballot. Also, by that deadline, Defendant may file any declarations in response to those filed by Plaintiff.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE