IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| ROBERT STARBUCK NEWSOM, aka ROBBY STARBUCK,<br><br>　　Plaintiff,<br><br>v.<br><br>SCOTT GOLDEN, in his official capacity as Chairman of the Tennessee Republican Party; the TENNESSEE REPUBLICAN PARTY; MARK GOINS, in his official capacity as Coordinator of Elections – Office of the Tennessee Secretary of State; and TRE HARGETT, in his official capacity as Tennessee Secretary of State,<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO. 3-22-CV-00318<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MORGAN ORTAGUS' MOTION FOR LEAVE TO FILE AN AMICUS BRIEF IN SUPPORT OF ROBERT STARBUCK NEWSOM'S MOTION FOR TEMPORARY RESTRAINING ORDER OR IN THE ALTERNATIVE A PRELIMINARY INJUNCTION**

　　Morgan Ortagus ("Ortagus"), by and through her counsel, Dickinson Wright PLLC, respectfully moves this Court for leave to file the attached *amicus curiae* brief in support of Plaintiff Robert Starbuck Newsom's Motion for Temporary Restraining Order or in the Alternative a Preliminary Injunction.

　　Undersigned counsel has contacted counsel for the parties in the above-captioned case. *See* LR7.01. Plaintiff does not oppose this motion. Counsel for the Tennessee Republican Party and Scott Golden has indicated that he opposes the motion. (E-mail from J. Mullen, **Exhibit 1**.)

　　Ortagus is an individual who desires to run for Congress to represent Tennessee's new Fifth Congressional District in the United States House of Representatives. (*See* Verified Compl. ¶ 2, ECF No. 1.) Ortagus was a President Trump Administration official who was endorsed by

President Trump. *Id*. However, like Plaintiff Robert Starbuck Newsom, aka Robby Starbuck ("Starbuck"), the Tennessee Republican Party ("TRP") unconstitutionally removed Ortagus from the primary ballot. *Id.*; (ECF No. 1-11.) Ortagus now seeks leave of this court to file her Brief of *Amicus Curiae*, attached to this Motion as **Exhibit 2**.

District courts have broad discretion to grant participation in a case by an *amicus curiae*. *Newcomb v. Allergy & ENT Assocs. of Middle Tennessee, P.C.*, 2013 WL 3976627, at *1 (M.D. Tenn. Aug. 2, 2013) (citing *United States v. State of Michigan*, 940 F.2d 143, 165 (6th Cir. 1991)). *Amicus* briefs are generally appropriate in three situations:

> when a party is not represented competently or is not represented at all, when the amicus has an interest in some other case that may be affected by the decision in the present case (though not enough affected to entitle the amicus to intervene and become a party in the present case), or when the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.

*Id*. (quoting *Ryan v. Commodity Futures Trading Comm'n*, 125 F.3d 1062, 1063 (7th Cir. 1997)).

Here, the first two requirements are met. Ortagus is not a party in the present case, and she is not represented at all in this action. Further, Ortagus has an interest in this case because the Court's ultimate decision could also impact her ability to run for Congress. Indeed, Ortagus sits in a similar position as Plaintiff Starbuck. The TRP directed the State of Tennessee to remove both Starbuck and Ortagus in the same April 21, 2022, letter. (ECF No. 26-1 at 11.)

Ortagus desires to assist this Court with deciding an important legal issue that the Court has asked Starbuck to address, *i.*e., whether the actions of TRP constitute state action. Ortagus's proposed Brief of Amicus Curiae addresses the question of state action. It also analyzes whether the TRP's actions violate the Qualifications Clause of the United States Constitution, U.S. Const. art. 1, § 2; U.S. Const. Art. 1 § 5.

Based on the foregoing, *amicus curiae* Ortagus respectfully requests that this Court issue an order granting her leave to file her Brief of *Amicus Curiae*, which is attached to this Motion as **Exhibit 2**.

Respectfully submitted,

**DICKINSON WRIGHT PLLC**

*s/ Autumn L. Gentry*
Autumn L. Gentry #20766
424 Church Street, Suite 800
Nashville, TN 37219-2392
Tel: 615-244-6538
Fax: 844- 670-6009
agentry@dickinsonwright.com

*s/ Charles R. Spies*
Charles R. Spies *Pro Hac Vice*
District of Columbia Bar # 989020
1825 Eye Street, Suite 900
Washington, DC 20006
Tel: 202-466-5964
Fax: 844-670-6009
cspies@dickinsonwright.com

Attorneys for *Amicus Curiae* Morgan Ortagus

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on this 9th day of May, 2022. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties listed below. Parties may access this filing through the Court's electronic filing system:

David A. Warrington
Michael A. Columbo
Dhillon Law Group, Inc.
2121 Eisenhower Avenue, Suite 402
Alexandria, VA 22314
Tel:   703-328-5369
       415-433-1700
dwarrington@dhillonlaw.com
mcolumbo@dhillonlaw.com

Eric G. Osborne
Sherrard Roe Voight & Harbison, PLC
150 Third Avenue, South
Suite 1100
Nashville, TN 37201
Tel:   615-742-4200
Fax:   615-742-4539
eosborne@srvhlaw.com

Mark A. Carver
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, TN 37207-0207
Tel:   423-963-0701
Fax:   615-741-2009
acarver@srvhlaw.com

Joshua A. Mullen
Womble Bond Dickinson (US) LLP
2001 K Street, NW
Suite 400 South
Washington, DC 20006
Tel:   202-857-4522
Fax:   202-261-0034
Josh.Mullen@wbd-us.com

4

Case 3:22-cv-00318   Document 31   Filed 05/09/22   Page 4 of 5 PageID #: 375

Alexander Stuart Rieger
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, TN 37207-0207
Tel: 615-741-2408
Fax: 615-532-5683
alex.rieger@ag.tn.gov

/s/ *Autumn L. Gentry*
Autumn L. Gentry

4879-4519-7086 v2 [101020-1]

5

Case 3:22-cv-00318 Document 31 Filed 05/09/22 Page 5 of 5 PageID #: 376