# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

ROBERT STARBUCK NEWSOM, a/k/a )
ROBBY STARBUCK,                )
                               )
    Plaintiff,                )
                               )    NO. 3:22-cv-00318
v.                             )
                               )
SCOTT GOLDEN, et al.           )
                               )
    Defendants.               )


## ORDER

Morgan Ortagus has filed a Motion for Leave to File an Amicus Brief in Support of Robert Starbuck Newsom's Motion for Temporary Restraining Order or in the Alternative a Preliminary Injunction (Doc. No. 31).  The motion is **DENIED WITHOUT PREJUDICE**.  Mr. Newsom has capable and competent counsel of record that includes Eric G. Osborne and Mark Alexander Carver of the law firm of Sherrard Roe Voight & Harbison.  Ms. Ortagus has not identified another case that may be affected by the Court's decision in this case.  Neither has she identified any "unique information or perspective" that may help the Court.  Indeed, it appears at this junction that all counsel of record are competent to advance arguments on the issues presented.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

1