UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBERT STARBUCK NEWSOM, aka ROBBY STARBUCK, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 3:22-cv-00318 ) |
| SCOTT GOLDEN, in his official capacity as Chairman of the Tennessee Republican Party; the TENNESSEE REPUBLICAN PARTY; MARK GOINS, in his official capacity as Coordinator of Elections–Office of the Tennessee Secretary of State; and TRE HARGETT, in his official capacity as Tennessee Secretary of State | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Amended Motion for a Preliminary Injunction (Doc. No. 11) is hereby **DENIED**. The Court will enter a separate Order referring this matter to a Magistrate Judge for customized case management.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE