IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| ROBERT STARBUCK NEWSOM, aka ROBBY STARBUCK, <br><br> Plaintiff, <br><br> v. <br><br> SCOTT GOLDEN, in his official capacity as Chairman of the Tennessee Republican Party; the TENNESSEE REPUBLICAN PARTY; MARK GOINS, in his official capacity as Coordinator of Elections—Office of the Tennessee Secretary of State; and TRE HARGETT, in his official capacity as Tennessee Secretary of State <br><br> Defendants. | Case No. 3:22-cv-00318 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Robert Starbuck Newsom hereby dismisses this action without prejudice.

Respectfully submitted,

/s/ *Eric G. Osborne*
Eric G. Osborne
Mark Alexander Carver
SHERRARD ROE VOIGT & HARBISON, PLC
150 3rd Avenue South, Suite 1100
Nashville, TN 37201
615-742-4200
eosborne@srvhlaw.com
acarver@srvhlaw.com

David Warrington (*admitted pro hac vice*)
Michael A. Columbo (*admitted pro hac vice*)
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
415-433-1700
dwarrington@dhillonlaw.com
mcolumbo@dhillonlaw.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served via the Court's CM/ECF system on May 17, 2022, on the following persons:

Alexander Stuart Rieger
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, TN 37202-0207
Phone: (615) 741-2408
Email: alex.rieger@ag.tn.gov

*Counsel for Mark Goins and Tre Hargett*

Joshua A. Mullen
Womble Bond Dickinson (US)
LLP 2001 K Street, NW
Suite 400 South
Washington, DC 20006
Phone: (202) 857-4522
Email: Josh.Mullen@wbd-us.com

*Counsel for Scott Golden and the Tennessee Republican Party*

*/s/ Eric G. Osborne*
Eric G. Osborne
