UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| ROBERT STARBUCK NEWSOM, a/k/a ROBBY STARBUCK, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) NO. 3:22-cv-00318 |
| SCOTT GOLDEN, et al. | ) |
| Defendants. | ) |

## ORDER

The Plaintiff has filed a Notice of Dismissal Without Prejudice. (Doc. No. 40) Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**, and the Clerk is directed to close the file. Any pending Motions are **DENIED** as **MOOT**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE